**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

JAN 2 6 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                          INDICTMENT NO. 6:23-cr-02-REW

**JAMES SAMUEL JONES**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 2252(a)(2)

On or about September 13, 2022, in Laurel County, in the Eastern District of Kentucky,

**JAMES SAMUEL JONES**

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and which had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 2
### 18 U.S.C. § 2252(a)(2)

On or about September 12, 2022, in Laurel County, in the Eastern District of Kentucky,

**JAMES SAMUEL JONES**

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, and which had been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 3
### 18 U.S.C. § 2252(a)(4)(B)

On or about January 5, 2023, in Laurel County, in the Eastern District of Kentucky,

**JAMES SAMUEL JONES**

knowingly possessed one or more matters, that is, electronic media contained on a cell phone and desktop computer, which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate commerce, and which were produced using materials that had been mailed, shipped and transported by any means, including by computer, the production of which involved the use of a prepubescent minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, such images are separate and distinct from the images charged in Counts 1 and 2, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **JAMES SAMUEL JONES** has in all electronic items used in the crimes, including, but not limited to, the following property:

1. Apple iPhone SE cellular phone, SN: FFMF607MPLJNN,

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C.

§ 2253.

**A TRUE BILL**

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**   Not less than 5 years and not more than 20 years imprisonment, not more than $250,000 fine, and supervised release for not less than 5 years nor more than life.

IF PRIOR SEX OFFENSE CONVICTION: Not less than 15 years and not more than 40 years imprisonment, not more than $250,000 fine, and supervised release for not less than 5 years nor more than life.

**COUNT 3:**   Not more than 20 years imprisonment, not more than $250,000 fine, and supervised release for not less than 5 years nor more than life.

IF PRIOR SEX OFFENSE CONVICTION: Not less than 10 years and not more than 20 years imprisonment, not more than $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:**   Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any

offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**     Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.

**PLUS:**     Forfeiture of listed asset.